# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0207
Lower Tribunal No. 2012-CF-014950-B-O

_____

EMMANUEL WALLACE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

April 7, 2026

PER CURIAM.

AFFIRMED.

STARGEL, BROWNLEE and PRATT, JJ., concur.


Emmanuel Wallace, Carrabelle, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED